JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCER DAVIES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TENNECO, INC., *et al.*,<br><br>　　　　　Defendant. | Case No.: 5:21-cv-00091-AB (SPx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT has been advised by counsel that the above-entitled action has been settled.

IT IS THEREFORE **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **forty-five (45) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 29, 2021

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE